FILED

MAR - 6 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Kareemah Bell-Boston, )
)
Plaintiff, )
)
v. ) Civil Action No. 09 0438
)
Nativity/Selected Homeless Woman, )
)
Defendant. )

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

The complaint alleges that the plaintiff suffered an assault by an unnamed homeless woman and that the police took a report. (Compl. at 2.) Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States, *see* 28 U.S.C. § 1331, and in civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states, *see* 28 U.S.C. §1332(a). Here, however, the complaint does not explicitly identify a basis for this Court's jurisdiction, identify a claim arising under the laws of the United States, or otherwise provide sufficient information for the Court to discern a basis for its jurisdiction. Accordingly, the Court will dismiss the complaint without prejudice for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 2/16/09

United States District Judge